UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER ROBERTS,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br>Case No. 5:22-CV-183-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank on the Plaintiff's Motion for Judgment on the Pleadings [DE-16] and the Defendant's Consent Motion for Remand [DE-21].

**IT IS ORDERED, ADJUDGED AND DECREED** the court grants Defendant's Motion for Remand [DE-21] and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on December 13, 2022, with electronic service upon:

Charlotte Williams Hall, *Counsel for Plaintiff*
Dianne Samu, *Counsel for Defendant*

                                          **PETER A. MOORE, JR.**
                                          CLERK, U.S. DISTRICT COURT

DATE: December 13, 2022                /s/ *Shelia Foell*
                                          (By): Shelia Foell
                                          Deputy Clerk, U.S. District Court